**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

In re:
**VICKI MANN**

**Chapter 13**
**Case No. 21-48725-MLO**
**Hon. Maria Oxholm**

**Debtor.**
**_____/**

## ORDER CONFIRMING PLAN

The Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. S1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Frego & Associates, P.L.C., attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of <u>Per Fee Application</u> in fees and <u>Per Fee Application</u> in expenses and that the portion of such claim which has not already been paid, to-wit: <u>Per Fee Application</u> shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. S502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

[X] Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for LB-Igloo Series IV Trust's claim shall be paid as filed.

[X] Debtor's plan payment shall be increased to $1,059.00 per month beginning January 24, 2022.

Approved as to form not content:

| OFFICE OF DAVID WM. RUSKIN, STANDING CHAPTER 13 TRUSTEE | FREGO & ASSOCIATES |
|---|---|
| By: /s/ John P. Kapitan | By: /s/ Joseph Bernwanger |
| DAVID Wm. RUSKIN (P26803), Trustee | JOSEPH BERNWANGER (P71895) |
| LISA K. MULLEN (P55478), Staff Attorney | Attorneys for Debtor |
| JOHN P. KAPITAN (P61901), Staff Attorney | Frego and Associates, PLC |
| 1100 Travelers Tower, 26555 Evergreen Road | 23843 Joy Rd |
| Southfield, MI 48076-4251 | Dearborn Hgts, MI 48127 |
| (248) 352-7755 | 313-724-5088 |
| | joebernwanger@fregolaw.com |

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**Signed on January 28, 2022**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**